**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-2514-WJM-SKC

YOUSSEF MOUDDEN,

Plaintiff,

v.

THE UNIVERSITY OF COLORADO BOULDER,
through its Board, THE REGENTS OF THE
UNIVERSITY OF COLORADO, a body corporate,
PHILIP DISTEFANO, in his official capacity,
JOHN CASSANO, in his individual capacity, and
CORA RANDALL, in her individual capacity,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting January 25, 2021 Recommendation of United States Magistrate Judge [ECF 97] entered by United States District Judge William J. Martínez on February 23, 2021, it is

ORDERED that the January 25, 2021 Report and Recommendation of United States Magistrate Judge [ECF 93] is adopted in its entirety. It is further

ORDERED that Defendants' Motion for Summary Judgment [ECF 80] is granted. It is further

ORDERED Plaintiff's claims are dismissed with prejudice. It is further

ORDERED that final judgment is hereby entered in favor of Defendants, The University of Colorado Boulder through its Board, The Regents of the University of Colorado, Philip Distefano, John Cassano, and Cora Randall, and against Plaintiff, Youssef Moudden. It is further

ORDERED that the Final Trial Preparation Conference and Jury Trial are hereby vacated. It is further

ORDERED that the parties shall bear their own costs.

This case will be closed.

DATED at Denver, Colorado, this 23rd day of February, 2021.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/A. Frank
A. Frank
Deputy Clerk